90 So.2d 238

### George SCHENHER

### v.

### STATE.

1 Div. 690.

Supreme Court of Alabama.

Nov. 1, 1956.

John Patterson, Atty. Gen., and J. Noel Baker, Asst. Atty. Gen., for petitioner.

Vincent F. Kilborn, Mobile, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Schenher v. State, 90 So.2d 234.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

90 So.2d 389

### STATE of Alabama

### v.

### NATCO CORP.

6 Div. 997.

Supreme Court of Alabama.

Nov. 1, 1956.

John Patterson, Atty. Gen., Willard W. Livingston and H. Grady Tiller, Asst. Attys. Gen., for appellant.

Wm. Pritchard, Winston B. McCall, Victor H. Smith and Pritchard, McCall & Jones, Birmingham, for appellee.

STAKELY, Justice.

On authority of the decision this day rendered in the case of State of Alabama v. Natco Corporation, ante, p. 184, 90 So. 2d 385, the decree of the circuit court in this case is due to be affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

93 So.2d 811

### TAXPAYERS AND CITIZENS OF CHILTON COUNTY

### v.

### CHILTON COUNTY.

5 Div. 665.

Supreme Court of Alabama.

Feb. 28, 1957.

Francis W. Speaks and A. B. Foshee, Clanton, for appellants.

Rogers, Howard & Redden, Birmingham, for appellee.

SIMPSON, Justice.

After this cause was submitted, the parties by their respective counsels of record, have filed a motion, the intent and purpose of which is to dismiss this case out of court. Pursuant to this agreement, the decree of the lower court is reversed and the cause is remanded that the case may be disposed of in accordance with said agreement.

Reversed and remanded.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.